IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| WARREN MINIFEE, | § | |
| --- | --- | --- |
| Plaintiff, | § | Civil Action No. 6:18-cv-00038-NKM |
| v. | § | |
| BLUESTEM BRANDS, INC. D/B/A FINGERHUT, | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: September 6, 2018

By: /s/ Robert R. Gillispie
Robert R. Gillispie, Esq.
The Gillispie Law Firm, P.C.
P.O. Box 6025
Leesburg, VA 20178
571-252-7840
Fax: 571-252-7843
Email: robert@gillispielaw.com
Attorney for the Plaintiff

# CERTIFICATE OF SERVICE

       I, Robert R. Gillispie, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Seth Abram Schaeffer, Esq.
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
804-775-1174
Fax: 804-698-2167
Email: sschaeffer@mcguirewoods.com
Attorney for Defendant


Dated: September 6, 2018                By: /s/ Robert R. Gillispie
                                              Robert R. Gillispie, Esq.
                                              The Gillispie Law Firm, P.C.
                                              P.O. Box 6025
                                              Leesburg, VA 20178
                                              571-252-7840
                                              Fax: 571-252-7843
                                              Email: robert@gillispielaw.com
                                              Attorney for the Plaintiff