# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WARREN MINIFEE, | ) |
|       Plaintiff, | ) |
| v. | ) Case No.: 6:18-cv-00038-NKM |
| BLUESTEM BRANDS, INC. d/b/a FINGERHUT, | ) |
|       Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each side to bear its own costs and attorney's fees.

*/s/ Seth Abram Schaeffer*
Seth Abram Schaeffer, Esq.
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Phone: 804-775-1174
Fax: 804-698-2167
Email: sschaeffer@mcguirewoods.com
Attorney for the Defendant

Date: November 12, 2018

*/s/ Robert R. Gillispie*
Robert R, Gillispie, Esq.
The Gillispie Law Firm, P.C.
P.O. Box 6025
Leesburg, VA 20178
571-252-7840
Fax: 571-252-7843
Email: robert@gillispielaw.com

*/s/ Richard J. Albanese*
Richard J. Albanese, Esq.
Kimmel & Silverman
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Email: ralbanese@creditlaw.com
Attorneys for Plaintiff

Date: November 12, 2018

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 9th day of November, 2018:

Seth Abram Schaeffer, Esq.
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Phone: 804-775-1174
Fax: 804-698-2167
Email: sschaeffer@mcguirewoods.com
Attorney for the Defendant

                                                */s/ Richard J. Albanese*
                                                Richard J. Albanese, Esq.
                                                Kimmel & Silverman
                                                30 East Butler Pike
                                                Ambler, PA 19002
                                                Phone: 215-540-8888
                                                Email: ralbanese@creditlaw.com
                                                Attorney for Plaintiff